| /// Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known) _____  Chapter **7** |

☐ Check if this an amended filing

Official Form 105
# Involuntary Petition Against an Individual
12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code    *Check one:*
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's full name

   **Michael Gauss**
   First name
   **Michael**
   Middle name
   **I**

   **Gauss**
   Suffix (Sr., Jr., II, III)

3. Other names you know the debtor has used in the last 8 years

   Michael I. Syroejine, Michael Ivan Syroejine, Mikhail Syroetine, Michael Syrojeschin, Mikhail Syrojeschin. Mikhail Syroejin,  Mikhail Gass, Michael Guss, Mikhail Gauss, Michael Fuss

   Include any assumed, married, maiden, or trade names, or doing business as names.

4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)
   ☑ Unknown
   xxx - xx - _____    OR    xxx - xx - _____

5. Any Employer Identification Numbers (EINs) used in the last 8 years
   ☑ Unknown
   _____ EIN
   _____ EIN

6. Debtor's address

   Principal residence
   **1002  Olive Street**
   Number        Street

   **Santa Barbara**        **CA**        **93101**
   City                     State       Zip Code
   **USA**
   County

   Principal place of business
   **Please see attachment for additional address**
   Number        Street

   Mailing address, if different from residence
   **1187 Coast Village Road**
   Number        Street
   **PMB 1-465**
   **Montecito,**        **CA**        **93108**
   City                State       Zip Code

---

Official Form 105                                    Involuntary Petition Against an Individual                                    page 1
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

6. Additional Address

Michael Gauss
305 18th Street
New York, NY 10003

Michael Gauss
401 Ryland Street Suite 200-A
Reno, NV 89502

Michael Gauss
c/o James Kawahito
Kawahito Law Group APC
222 N. Pacific Coast Hwy. Suite 2222
El Segundo, CA 90245


Michael Gauss
c/o Rainier AG
123317, Moscow
Presnenskaya nab.,
12, Federation Tower
Vostokp

Michael Gauss
c/o Migom Global Corp.
1185 6th Ave
3rd Floor
New York, NY 10036

Michael Gauss
c/o Rainier AG
Neugasse 15
Zug, Conton of Zug
CH-6301, CH
Zurich, Switzerland

Michael Gauss
c/o Migom Advisory Group
123317, Moscow,
Presnenskaya nap.,
12, Federation Tower
East, Office 4.3

Debtor  Michael Gauss _____  Case number (if known) _____

_____
City          State       Zip Code

_____
County

---

**7. Type of business**

☐ Debtor does not operate a business:

*Check one if the debtor operates a business*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

---

**8. Type of debt**

**Each petitioner believes:**
☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes

Debtor _____   Relationship _____
District _____   Date filed _____   Case number, if known _____
                                MM / DD / YYYY

Debtor _____   Relationship _____
District _____   Date filed _____   Case number, if known _____
                                MM / DD / YYYY

---

**Part 3: Report About the Case**

**10. Venue**

Reason for filing in this court.

*Check one:*
☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.
☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Rasel, Ltd. | Monies converted by Debtor | $125,000 |
| Consul Group RE 2021, S.R.L. | Proceeds of sale of stock converted by Debtor | $4,127,700.27 |
| NEEW TNG fka RSW Investment Group, Ltd. | Monies converted by Debtor | $4,085,000 |
| | Total | 8,337,700.27* |

*continued on page 5

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor    Michael Gauss _____    Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

### Petitioners or Petitioners' Representative

Signature of petitioner or representative, including representative's title

**Rasel Ltd.**
Printed name of petitioner
Date signed    11/    /2020
            MM / DD / YYYY

Mailing address of petitioner
**260 El Camino Drive**
Number    Street

**Beverly Hills**            **CA**        **90212**
City                State        Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any
**Mo Jacob, Managing Member**
Name
**260 El Camino Drive**
Number    Street
**Beverly Hills**        **CA**        **90212**
City            State        Zip Code

### Attorneys

Signature of attorney

**Robert M. Yaspan**
Printed name
**LAW OFFICES OF ROBERT M. YASPAN**
Firm name, if any
**21700 Oxnard Street,  #1750**
Number    Street
**Woodland Hills,**        **CA**        **91367**
City                State        Zip Code
Date Signed
        MM / DD / YYYY

Contact phone  **818-905-7711**    Email  **court@yaspanlaw.com**

### Petitioners or Petitioners' Representative

Signature of petitioner or representative, including representative's title

**Consul Group RE 2021, S.R.L.**
Printed name of petitioner
Date signed    11/    /2020
            MM / DD / YYYY

Mailing address of petitioner
**Davivienda Building 1st Floor**
**Meridiano Business Center**
Number    Street

**Escazu, San Jose  10203**        **Costa Rica**
City                        Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any

### Attorneys

Signature of attorney

**Robert M. Yaspan**
Printed name
**LAW OFFICES OF ROBERT M. YASPAN**
Firm name, if any
**21700 Oxnard Street,  #1750**
Number    Street
**Woodland Hills,**        **CA**        **91367**
City                State        Zip Code
Date Signed
        MM / DD / YYYY

Contact phone  **818-905-7711**    Email  **court@yaspanlaw.com**

Official Form 105        Involuntary Petition Against an Individual        page 3

Debtor  **Michael Gauss** _____  Case number (if known) _____

### Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

#### Petitioners or Petitioners' Representative

Signature of petitioner or representative, including representative's title

**Rasel Ltd.**
Printed name of petitioner
Date signed  **11 / / 2020**
MM / DD / YYYY

Mailing address of petitioner
**260 El Camino Drive**
Number    Street

**Beverly Hills**          **CA**         **90212**
City                      State          Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any
**Mo Jacob, Managing Member**
Name
**260 El Camino Drive**
Number    Street
**Beverly Hills**          **CA**         **90212**
City                      State          Zip Code

#### Attorneys

Signature of attorney

**Robert M. Yaspan**
Printed name
**LAW OFFICES OF ROBERT M. YASPAN**
Firm name, if any
**21700 Oxnard Street, #1750**
Number    Street
**Woodland Hills,**        **CA**         **91367**
City                      State          Zip Code
Date Signed _____
MM / DD / YYYY
Contact phone  **818-905-7711**    Email  **court@yaspanlaw.com**

---

#### Petitioners or Petitioners' Representative

Signature of petitioner or representative, including representative's title

**Consul Group RE 2021, S.R.L.**
Printed name of petitioner
Date signed  **11 / / 2020**
MM / DD / YYYY

Mailing address of petitioner
**Davivienda Building 1st Floor**
**Meridiano Business Center**
Number    Street

**Escazu, San Jose  10203       Costa Rica**
City                              Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any

#### Attorneys

Signature of attorney

**Robert M. Yaspan**
Printed name
**LAW OFFICES OF ROBERT M. YASPAN**
Firm name, if any
**21700 Oxnard Street, #1750**
Number    Street
**Woodland Hills,**        **CA**         **91367**
City                      State          Zip Code
Date Signed _____
MM / DD / YYYY
Contact phone  **818-905-7711**    Email  **court@yaspanlaw.com**

---

Official Form 105      Involuntary Petition Against an Individual      page 3
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor  Michael Gauss _____ Case number (if known) _____

Mauricio Lara, Member/Shareholder
Name
**Davivienda Building 1st Floor**
**Meridiano Business Center**
Number        Street

Escazu, San Jose  10203        Costa Rica _____ City _____ State _____ Zip Code

---

### Petitioners or Petitioners' Representative

Signature of petitioner or representative, including representative's title

**NEEW TNG fka RSW Investment Group, Ltd.**
Printed name of petitioner
Date signed    **10/   /2020**
              MM / DD / YYYY

Mailing address of petitioner
**ABM Chambers**
**PO Box 2283**
Number        Street

**Road Town, Tortolla    VG1110**
**British Virgin Islands**
City        State    Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any
**Andrel Khovratov, Director**
Name
**ABM Chambers**
**PO Box 2283**
Number    Street
**Road Town, Tortolla    VG1110**
**British Virgin Islands**
City        State    Zip Code

### Attorneys

*R Yaspan* (signature)
Signature of attorney

**Robert M. Yaspan**
Printed name
**LAW OFFICES OF ROBERT M. YASPAN**
Firm name, if any
**21700 Oxnard Street,  #1750**
Number        Street

**Woodland Hills,**            **CA**        **91367**
City                        State        Zip Code
Date Signed _____
            MM / DD / YYYY

Contact phone  **818-905-7711**    Email  **court@yaspanlaw.cor**

---

### Additional petitioner's claims

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien | |
|---|---|---|---|
| SWIG America Consulting, LLC | Monies converted by Debtor | $112,700 | |
| Arteam Consult, Ltd. | Monies converted by Debtor | $571,615.69 Est. (1) | (Euro 488,560.42) |
| Genius of Wealth | Monies converted by Debtor | $103,200 Est. (2) | (GBP 80,000) |
| SWIG International, Ltd. | Monies converted by Debtor | $329,208 Est. (2) | (GBP 255,200) |
| | Total this Page | $1,116,723.69 | |
| | Prior Page Total | $8,337,700.27 | |
| | Total | $9,454,423.96 | |

1) Monies by creditor were paid in Euros. The conversion rate of $1.17 was based upon the conversion on September 30, 2020.
2) Monies by creditor were paid in GBP. The conversion rate of $1.29 was based upon the conversion on September 30, 2020.

---

**Petitioners or Petitioners' Representative**

Signature of petitioner or representative, including representative's title

**SWIG America Consulting, LLC**
Printed name of petitioner
Date signed   **10/    /2020**
              MM / DD / YYYY

Mailing address of petitioner
**6304 Langdon Lane**
Number    Street

**Lanham**            **MD**         **20706-2392**
City                  State          Zip Code

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any

Name
**6304 Langdon Lane**
Number    Street
**Lanham**            **MD**         **20706-2392**
City                  State          Zip Code

**Attorneys**

*/s/ R. Yaspan/*
Signature of attorney

**Robert M. Yaspan**
Printed name
**LAW OFFICES OF ROBERT M. YASPAN**
Firm name, if any
**21700 Oxnard Street,  #1750**
Number        Street
**Woodland Hills,**              **CA**    **91367**
City                             State   Zip Code
Date Signed _____
            MM / DD / YYYY

Contact phone  **818-905-7711**    Email  **court@yaspanlaw.com**

---

**Petitioners or Petitioners' Representative**

Signature of petitioner or representative, including representative's title

**Arteam Consult, Ltd.**
Printed name of petitioner
Date signed   **10/    /2020**
              MM / DD / YYYY

Mailing address of petitioner

Number    Street

**Attorneys**

*/s/ R. M. Yaspan/*
Signature of attorney

**Robert M. Yaspan**
Printed name
**LAW OFFICES OF ROBERT M. YASPAN**
Firm name, if any
**21700 Oxnard Street,  #1750**
Number        Street
**Woodland Hills,**              **CA**    **91367**
City                             State   Zip Code
Date Signed _____

---

Debtor  Michael Gauss                                    Case number (if known)

| City | State | Zip Code |

                                                    Contact phone  818-905-7711    Email  court@yaspanlaw.cor

**If petitioner is an individual and is not represented by an attorney:**
Contact phone _____
Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street

| City | State | Zip Code |

---

| **Petitioners or Petitioners' Representative** | **Attorneys** |

Signature of petitioner or representative, including representative's title   |   Signature of attorney

**Genius of Wealth, LLC**
Printed name of petitioner
Date signed    10/    /2020
             MM / DD / YYYY

**Robert M. Yaspan**
Printed name
**LAW OFFICES OF ROBERT M. YASPAN**
Firm name, if any
**21700 Oxnard Street, #1750**
Number  Street
**Woodland Hills,    CA    91367**
City    State    Zip Code
Date Signed _____
         MM / DD / YYYY
Contact phone  818-905-7711    Email  court@yaspanlaw.cor

**Mailing address of petitioner**
**6 Gainsbrough Road**
Number  Street
**London,  England E11 1HT**
City    State    Zip Code

**If petitioner is an individual and is not represented by an attorney:**
Contact phone _____
Email _____

**Name and mailing address of petitioner's representative, if any**
**Anete Martinsone, Director**
Name
**6 Gainsbrough Road**
Number  Street
**London,  England E11 1HT**
City    State    Zip Code

---

Official Form 105                Involuntary Petition Against an Individual                page 6
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| SWIG International Ltd. | Robert M. Yaspan |
| Printed name of petitioner | Printed name |
| Date signed  10/  /2020  MM / DD / YYYY | LAW OFFICES OF ROBERT M. YASPAN |
|  | Firm name, if any |
|  | 21700 Oxnard Street,  #1750 |
|  | Number    Street |
| Mailing address of petitioner | Woodland Hills,    CA    91367 |
| 6 Gainsbrough Road | City    State    Zip Code |
| Number    Street | Date Signed |
|  | MM / DD / YYYY |
| London, England E11 1HT | |
| City    State    Zip Code | Contact phone  818-905-7711    Email  court@yaspanlaw.com |

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any

Name
**6 Gainsbrough Road**
Number    Street
**London, England E11 1HT**
City    State    Zip Code

Official Form 105    Involuntary Petition Against an Individual    page 7
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy



77 А Г  4655784

# ДОВЕРЕННОСТЬ

Город Москва, седьмого октября две тысячи двадцатого года.

**Я,** гр. **Ховратов Андрей Федорович**, 23 ноября 1968 года рождения, место рождения: гор. Красноармейск Донецкая обл., гражданство: Российская Федерация, пол: мужской, паспорт 45 19 498704, выданный ГУ МВД России по г. Москве 20 ноября 2019 года, код подразделения 770-126, проживающий по адресу: г. Москва, пос. Воскресенское, п. Воскресенское, д. 40, к. 1, кв. 87,

*настоящей доверенностью уполномочиваю*

гр. **Мынбаева Абзала Бауржановича**, 26 сентября 1977 года рождения, место рождения: Алматинская обл., пол: мужской, удостоверение личности 044113183 выдано: МВД Республики Казахстан 27 февраля 2019, проживающего по адресу: Республика Казахстан, г. Талдыкорган, с/о Отенай, ул. Талдыкорганская, д. 110,

представлять мои интересы в органах государственной власти и управления, территориальных органах, органах местного самоуправления, учреждениях и иных организациях всех форм собственности, перед физическими и юридическими лицами, в том числе в органах технической инвентаризации, органах нотариата, Инспекциях ФНС России, Территориальном фонде обязательного медицинского страхования, Фонде социального страхования РФ, Пенсионном фонде РФ, Территориальном органе федеральной службы государственной статистики, по любым вопросам, в том, включая, не не ограничиваясь, по вопросам, связанным с подписанием, сдачей и получением всех необходимых документов,

представлять мои интересы в любых Отделах УФМС России в различных городах и населенных пунктах, в различных регионах Российской Федерации, в различных государственных учреждениях, правоохранительных и налоговых органах, в общественных и коммерческих организациях различной формы собственности, по различным вопросам, в том числе, включая, но не ограничиваясь, по вопросам выдачи и получения различных документов, справок и разрешений, в том числе по вопросам гражданства, миграции и получения разрешений на работу,

также снимать, выдавать, заверять все документы и копии документов, на получение корреспонденции, также на право сбора, подготовки, получения и подписания любых необходимых для выполнения данных поручений запросов и документов, право совершения всех иных действий, связанных с выполнением данных поручений,

представительствовать от моего имени и в моих интересах в судебных органах и по судебным спорам, в том числе при рассмотрении дел по существу, а также в апелляционной, кассационной, надзорной инстанциях со всеми правами, которые представлены законом истцу, ответчику, третьему лицу, потерпевшему, в том числе с правом подписания искового заявления, отзыва на исковое заявления, возражения, заявления об обеспечении иска, предъявлении иска, изменения предмета основания иска, признания иска, полного или частичного отказа от исковых требований, заключения мирового соглашения, и соглашения по фактическим обстоятельствам, обжалования судебных подписания заявления о принесении протеста, подготовки и получения всех документов, необходимых для выполнения настоящего поручения,

с правом подписи всех необходимых документов и совершения всех необходимых действий, связанных с выполнением данного поручения, совершать следующие действия по делам об административных правонарушениях: знакомиться со всеми материалами дела, давать объяснения, представлять доказательства, заявлять ходатайства и отводы, подписывать и получать протоколы по делам об административных правонарушениях; принимать участие в рассмотрении дел должностными лицами (органами), уполномоченными рассматривать дела об административных правонарушениях. Обжаловать постановления по делам об административных правонарушениях, пользоваться иными процессуальными правами в соответствии с Кодексом об административных правонарушениях Российской Федерации, а также представительствовать при рассмотрении дел об административных правонарушениях в судах общей юрисдикции с правом подписи судебных документов, подписания подачи ходатайств, а также в арбитражных судах с правом обжалования судебных актов в апелляционной, кассационной и надзорной инстанциях, пользоваться всеми правами, предоставленными истцу, ответчику и третьему лицу в соответствии с нормами Гражданского процессуального кодекса и Арбитражного процессуального кодексов Российской Федерации, получать и представлять выписки, уведомления и другие необходимые справки, удостоверения и

документы во всех компетентных органах, организациях и учреждениях, совершать иные действия в полном объеме, которые могут оказаться необходимыми и целесообразными с соблюдением всех законных формальностей с правом подписи всех необходимых документов, связанных с выполнением данного поручения, в том числе с правом подписи заявлений и иных документов, подавать необходимые документы, с правом получения документов, для выполнения задач.

Доверенность выдана сроком на три года, с правом передоверия полномочий по настоящей доверенности другим лицам.

Содержание статей 187-189 Гражданского кодекса Российской Федерации доверителю разъяснено.

Содержание настоящей доверенности доверителю зачитано вслух.

Я, как участник сделки, понимаю разъяснения нотариуса о правовых последствиях совершаемой сделки. Условия сделки соответствуют моим действительным намерениям.

Информация, установленная нотариусом с моих слов, внесена в текст сделки верно.

доверитель _____

## Российская Федерация

## Город Москва

### Седьмого октября две тысячи двадцатого года

Настоящая доверенность удостоверена мной, Баклановой Валентиной Олеговной, нотариусом города Москвы.

Содержание доверенности соответствует волеизъявлению лица, выдавшего доверенность.

Доверенность подписана в моем присутствии.

Личность подписавшего доверенность установлена, его дееспособность проверена.

Зарегистрировано в реестре: № 77/714-н/77-2020-3-3574.

Взыскано государственной пошлины (по тарифу): 200 руб. 00 коп.
Уплачено за оказание услуг правового и технического характера: 1400 руб. 00 коп.

В.О.Бакланова



*Перевод с русского языка на английский язык*
*Translation from Russian into English*

77 АГ 4655784

# POWER OF ATTORNEY

**City of Moscow, the seventh day of October of the year two thousand twenty.**

**I,** cit. **Khovratov Andrei Fedorovich,** born on November 23, 1968, place of birth: Donetsk Region, city of Krasnoarmeisk, citizenship: Russian Federation, gender: male, passport 45 19 498704, issued on November 20, 2019 by the Chief Directorate of the Ministry of Internal Affairs of Russia for the city of Moscow, subdivision code 770-126, registered at the address: city of Moscow, Voskresenskoe settl., Voskresenskoe, 40, build.1, apt. 87,

*by this Power of Attorney hereby authorize*

cit. **Minbaev Abzal Baurjanovich,** born on September 26, 1977, place of birth: Almaty Region, gender: male, identification card 044113183, issued on February 27, 2019 by the Ministry of Internal Affairs of the Republic of Kazakhstan, registered at the address: Republic of Kazakhstan, Taldykorgan city, Otenai rural area, Taldykorganskaya str., 110,

to represent me in government and administrative bodies, in their territorial departments, in local government bodies, institutions and other organizations of all forms of ownership, before individuals and legal entities, including technical inventory bodies, notary bodies, Inspections of the Federal Tax Service of Russia, the Territorial Fund of Compulsory Health Insurance, the Social Insurance Fund of the Russian Federation, the Pension Fund of the Russian Federation, the Territorial Body of the Federal State Statistics Service, on any issues, including, but not limited to, issues related to the signing, submission and receipt of all necessary documents,

to represent me in any Departments of the Federal Migration Service of Russia in various cities, towns and regions of the Russian Federation, in various state institutions, law enforcement and tax authorities, in public and commercial organizations of various forms of ownership, on various issues, including, but not limited to, on the issue and receipt of various documents, certificates and permits, including citizenship, migration and obtaining work permits,

also to remove, issue, certify all documents and copies of documents, to receive correspondence, as well as to collect, prepare, receive and sign any requests and documents necessary for the execution of these orders, the right to perform all other actions related to the execution of these orders,

to act on my behalf and in my interests in judicial authorities and in litigation, including when considering cases on the merits, as well as in appellate, cassation, supervisory instances with all the rights that are provided by law to the plaintiff, defendant, third party, victim, including with the right to sign a statement of claim, withdrawal of a statement of claim, objection, statement of securing a claim, filing a claim, changing the subject or basis of a claim, recognizing a claim, fully or partially refusing claims, concluding an amicable agreement, and an agreement on actual circumstances, appealing judicial acts, signing an application for lodging a protest, preparing and receiving all the documents necessary for the implementation of this order,

with the right to sign all the necessary documents and perform all necessary actions related to the implementation of this order, to perform the following actions in cases of administrative offenses: to get acquainted with all the case materials, give explanations, submit evidence, file petitions and challenges, sign and receive protocols on cases about administrative offenses; take part in the consideration of cases by officials (bodies) authorized to consider cases of administrative offenses. To appeal against decisions in cases of administrative offenses, to enjoy other procedural rights in accordance with the Code of Administrative Offenses of the Russian Federation, as well as to represent in cases of administrative offenses in courts of general jurisdiction with the right to sign court documents, sign and submit petitions, as well as in arbitration courts with the right to appeal

gainst judicial acts in the appellate, cassation and supervisory instances, to use all the rights granted to the plaintiff, the defendant and a third party in accordance with the norms of the Civil Procedure Code and the Arbitration Procedure Codes of the Russian Federation, to receive and submit extracts, notifications and other necessary references, certificates and documents in all competent authorities, organizations and institutions, to perform other actions in full, which may be necessary and appropriate in compliance with all legal formalities with clause equal to sign all the necessary documents related to the implementation of this assignment, including with the right to sign applications and other documents, to submit the necessary documents, with the right to receive documents, to perform tasks.

**This Power of Attorney is valid for the period of three years with the right to delegate powers hereunder.**

**The content of Articles 187-189 of the Civil Code of the Russian Federation has been clarified to the grantor.**

**The content of this Power of Attorney has been read aloud to the grantor.**

As a participant of the expression of will, I understand the clarifications of the Notary Public about legal consequences of the performed expression of will. The terms of the expression of will correspond with my real intentions.

The information stated by the Notary Public from my words has been filled into the expression of will correctly.

grantor                         _**Khovratov Andrei Fedorovich**_                         /signature/

**Russian Federation**
**City of Moscow**
**The seventh day of October, year two thousand twenty**

This Power of Attorney has been certified by me, Baklanova Valentina Olegovna, Notary Public of the city of Moscow.

The content of this Power of Attorney corresponds with the expression of will of the grantor.
The Power of Attorney has been signed in my presence.
The identity of the signatory has been established, his/her capability has been checked

Registered in the registry under No. **77/714-н/77-2020-3-3574.**

State fee charged (as per tariff): 200 RUB 00 KOP
Paid for legal and technical services: 1400 RUB 00 KOP

         /signature/            V. O. Baklanova

Seal: /Notary Public V. O. Baklanova * Notarial circuit: city of Moscow/

Перевод выполнил переводчик
Руленкова Олеся Александровна

Российская Федерация

Город Москва

**Двадцатого ноября две тысячи двадцатого года**

Я, Якубовский Александр Евгеньевич, временно исполняющий обязанности нотариуса города Москвы Баклановой Валентины Олеговны, свидетельствую подлинность подписи переводчика Руленковой Олеси Александровны.

Подпись сделана в моем присутствии.
Личность подписавшего документ установлена.

Зарегистрировано в реестре: № 77/714-н/77-2020-5-2538

Взыскано государственной пошлины (по тарифу):  100 руб. 00 коп.
Уплачено за оказание услуг правового и технического характера: 300 руб. 00 коп.

А.Е. Якубовский

Прошнуровано, пронумеровано и скреплено печатью 3 (три) листа.

А.Е. Якубовский